BEST, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. De-

cember 7, 1904.) Action by John Best against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.